# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

FREDERICK D. BARROW

NO. 2021 KW 0306

**MAY 10, 2021**

---

In Re:      State of Louisiana, applying for supervisory writs, 16th Judicial District Court, Parish of St. Mary, No. 1998-148742.

---

**BEFORE:    McDONALD, HOLDRIDGE, AND PENZATO, JJ.**

**WRIT GRANTED.** The ruling of the district court denying the State's procedural objections to the defendant's application for postconviction relief is reversed. Defendant's application was not timely filed in the district court, and defendant failed to carry his burden to show that an exception applies. See La. Code Crim. P. art. 930.8(A). If an application for postconviction relief is untimely, it should not be considered on the merits. See **State v. LeBlanc,** 2006-0169 (La. 9/15/06), 937 So.2d 844 (*per curiam*). Furthermore, defendant has not advanced a convincing claim of actual innocence. See **State v. Pierre,** 2013-0873 (La. 10/15/13), 125 So.3d 403 (*per curiam*); **State v. Conway,** 2001-2808 (La. 4/12/02), 816 So.2d 290 (*per curiam*).

**JMM**
**AHP**

**Holdridge, J.,** concurs. While the defendant's post-convicton relief may have been timely filed, I do not think the defendant has advanced a convincing claim of actual innocence. See **State v. Pierre,** 2013-0873 (La. 10/15/13), 125 So.3d 403 (*per curiam*); **State v. Conway,** 2001-2808 (La. 4/12/02), 816 So.2d 290 (*per curiam*).

COURT OF APPEAL, FIRST CIRCUIT

_____
      DEPUTY CLERK OF COURT
            FOR THE COURT